UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis Gonzalez-Jimenez<br><br>Defendant. | Case No.: SACR 12-126-CJC<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation
    (X)  information in the violation petition and report(s)
    (X)  the defendant's nonobjection to detention at this time
    ( )  other: _____

1

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | and/ or |
| 2 | B. | (X) | The defendant has not met his/her burden of establishing by clear and |
| 3 |   |   | convincing evidence that he/she is not likely to pose a danger to the |
| 4 |   |   | safety of any other person or the community if released under 18 U.S.C. |
| 5 |   |   | § 3142(b) or (c). This finding is based on the following: |
| 6 |   | (X) | information in the Pretrial Services Report and Recommendation |
| 7 |   | (X) | information in the violation petition and report(s) |
| 8 |   | (X) | the defendant's nonobjection to detention at this time |
| 9 |   | ( ) | other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 23, 2015            _____
                                                        SHERI PYM
                                              United States Magistrate Judge